Theodore D. Levin, Esq.
CLARK HILL LLP
1055 West 7th Street, 24th Floor
Los Angeles, CA 90017 - Tel: (213) 891-9100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| CHROME HEARTS LLC, | 2:21-cv-01946-FMO-AGR |
| Plaintiff(s) | |
| v. | |
| REDBUBBLE, INC., et al., | MEDIATION REPORT |
| Defendant(s). | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): December 7, 2021.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☐ Appeared as required by L.R. 16-15.5(b).
   ☐ Did not appear as required by L.R. 16-15.5(b).
   
   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?
   ☑ Yes, fully, on December 10, 2021 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: December 15, 2021

Signature of Mediator

Theodore D. Levin
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*